[No. 13990.  *En Banc*.  December 26, 1917.]

THE STATE OF WASHINGTON, *on the Relation of Progressive Motion Picture Company, Plaintiff*, v. I. M. HOWELL, *Secretary of State, Defendant*.[1]

Application filed in the supreme court February 5, 1917, for a writ of mandamus to compel the secretary of state to strike from the records the name of a corporation and cancel the license issued thereto.  Granted.

*Gerard Ryzek*, for petitioner.

*The Attorney General* and *Hance H. Cleland, Assistant*, for defendant.

*Cassius E. Gates, amicus curiae*.

ON REHEARING.

PER CURIAM.—This case having been reheard before the court *En Banc*, on October 22d, 1917, the court has reached the conclusion that it was correctly decided by Department Two in the decision rendered by that department on May 5, 1917.  96 Wash. 163, 164 Pac. 917.  The disposition of the cause as made by Department Two is therefore affirmed.